**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 15, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00188-CR

---

**CHRISTOPHER CHARLES WANEK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 93574-CR**

---

## MEMORANDUM OPINION

Appellant Christopher Charles Wanek has signed and filed a written request to dismiss his appeal of his conviction for possession of a controlled substance and sentence of imprisonment for 10 years. *See* Tex. R. App. P. 42.2(a). Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.

Do Not Publish – Tex. R. App. P. 47.2(b)